# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS QUINONES RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA MCGREW, Warden,<br><br>    Respondent. | Case No. EDCV 12-1657-RGK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    **IT IS HEREBY ORDERED** that the Motion to Dismiss is granted and Judgment shall be entered dismissing this action with prejudice.

DATED: May 9, 2013

                                                 R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE