# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS QUINONES RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>LINDA MCGREW, Warden,<br><br>Respondent. | Case No. EDCV 12-1657-RGK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 9, 2013

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE